*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
DALY, HARREL, and KORN
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Freeman L. WHITLEY**
Staff Sergeant (E-6), U.S. Marine Corps
*Appellant*

**No. 202400477**

_____

Decided: 28 August 2025

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Aran T. Walsh

Sentence adjudged 9 September 2024 by a general court-martial tried at Marine Corps Base Camp Pendleton, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-5 and confinement for 123 days.[1]

For Appellant:
*Ms. Kimberly D. Hinson*

---

[1] Appellant was credited with 123 days of pretrial confinement.

—————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

—————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, and Appellant having not challenged the factual sufficiency of this case, we have determined that the findings are correct in law, the sentence is correct in law and fact, and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

However, we note that the Entry of Judgment does not accurately reflect the findings of Charge II. Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding.[3] In accordance with Rule for Courts-Martial 1111(c)(2), we modify the Entry of Judgment and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

[3] *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).

# United States Navy–Marine Corps Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | NMCCA NO. 202400477 |
| v. | **ENTRY OF JUDGMENT** |
| **Freeman L. WHITLEY** Staff Sergeant (E-6) U.S. Marine Corps *Accused* | *As Modified on Appeal* **28 August 2025** |

On 9 September 2024, the Accused was tried at Marine Corps Base Camp Pendleton, California, by general court-martial consisting of a military judge sitting alone. Military Judge Aran T. Walsh presided.

## FINDINGS

The following are the Accused's pleas and the Court's finding to all offenses the convening authority referred to trial:

**Charge I:** **Violation of Article 114, Uniform Code of Military Justice, 10 U.S.C. § 914.**

    *Plea:* Not Guilty.
    *Finding:* Withdrawn and dismissed.

**Specification:** **(Endangerment, carrying a concealed weapon) On or about May 2024, unlawfully carry on his person a concealed weapon, to wit: a pistol.**

    *Plea:* Not Guilty.
    *Finding:* Withdrawn and dismissed.

**Charge II:** **Violation of Article 92, Uniform Code of Military Justice, 10 U.S.C. § 892.**

    *Plea:* Guilty.
    *Finding:* Guilty.

**Specification 1:** **(Failure to obey a lawful general order or regulation) On or about May 2024, violate a lawful general order which was his duty to obey, to wit: Chapter 6, Section 4, Paragraph 1g of MCIWEST-MCB CAMPEN ORDER 5000.5 dated 26 May 2023 issued by Brigadier General Woodworth; by wrongfully possessing a loaded pistol within his privately owned vehicle and transporting said firearm outside an unlocked container while driving his privately owned vehicle.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification 2:** **(Failure to obey a lawful general order or regulation) On or about May 2024, violate a lawful general order which was his duty to obey, to wit: Chapter 6, Section 4, Paragraph 1f of MCIWEST-MCB CAMPEN ORDER 5000.5 dated 26 May 2023 issued by Brigadier General Woodworth; by wrongfully carrying a concealed weapon, a pistol, on his person.**

*Plea:* Guilty.

*Finding:* Guilty.

## SENTENCE

On 9 September 2024, the military judge sentenced the Accused to the following:

**Reduction to pay grade E-5.**

**Confinement**

> **For Specification 1 of Charge II – confinement for 123 days.**

> **For Specification 2 of Charge II – confinement for 123 days.**

> **The terms of confinement will run concurrently.**

> **Total Confinement for 123 days.**

> **The Accused shall be credited with 123 days of pretrial confinement credit.**

FOR THE COURT:

*Mark K. Jamison*

MARK K. JAMISON
Clerk of Court